**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

SHELBY SCALES                                                                                       PLAINTIFF

v.                                            3:09CV00221 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                             DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED this 24th day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE